UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS LANDRY #327969                              CIVIL ACTION

VERSUS                                             NO. 06-2781

LYNN COOPER                                        SECTION "R"(3)

ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Petitioner's objections to the Magistrate Judge's Report and Recommendation, and finds the petitioner's objections to be without merit.  The Court approves the Magistrate Judge's Report and Recommendation and adopts it as its own opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE as untimely.

New Orleans, Louisiana, this 21st day of May, 2007.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE